# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| GARY B. LEUCHTMAN, as personal representative of the estate of P.B., a deceased minor; JESSICA DOUGLAS, parent of P.B.; WILLIAM BROWDER, parent of P.B.; and P.B., sister of P.B., by and through her parents and next friends, Jessica Douglas and William Browder, *Plaintiffs*, v. FISHER-PRICE, INC.; MATTEL, INC.; and DIRT CHEAP LLC, *Defendants*. | Case No. 3:23-cv-07955-TKW-ZCB |

## PLAINTIFFS' RULE 26 INITIAL DISCLOSURES

COME NOW the Plaintiffs in the above-styled case and hereby submit their initial disclosures under Fed. R. Civ. P. 26(a)(1). Plaintiffs reserve the right to supplement and amend these disclosures upon further discovery in this action. Said disclosures are based upon information currently reasonably available to Plaintiffs. By providing these responses, Plaintiffs do not waiver their right to object to the disclosure of information or documents on any grounds.

1

A.  **Rule 26(a)(1)(A)(i) Individuals with Discoverable Information.**

Plaintiffs believe the following list of persons may have discoverable, non-privileged information which may be used to support their claims:

1. Gary B. Leuchtman
   c/o Rip Andrews and Jane Mauzy
   MARSH | RICKARD | BRYAN
   800 Shades Creek Parkway, Suite 600-D
   Birmingham, AL 35209
   T: (205) 879-1981

Mr. Leuchtman is the personal representative of the estate of P.B. He has knowledge regarding the allegations in Plaintiffs' Complaint.

2. Jessica Leigh Douglas
   c/o Rip Andrews and Jane Mauzy
   MARSH | RICKARD | BRYAN
   800 Shades Creek Parkway, Suite 600-D
   Birmingham, AL 35209
   T: (205) 879-1981

3. William Browder
   c/o Rip Andrews and Jane Mauzy
   MARSH | RICKARD | BRYAN
   800 Shades Creek Parkway, Suite 600-D
   Birmingham, AL 35209
   T: (205) 879-1981

Ms. Douglas and Mr. Browder are the biological mother and father of P.B. and named Plaintiffs in this action. They have knowledge regarding the allegations in Plaintiffs' Complaint, P.B.'s birth and development, the April 21, 2021 incident made the basis of this lawsuit ("subject incident"), and Defendants' negligence.

4. Lecrecia Anne Marie Evans
   c/o Rip Andrews and Jane Mauzy
   MARSH | RICKARD | BRYAN
   800 Shades Creek Parkway, Suite 600-D
   Birmingham, AL 35209
   T: (205) 879-1981

5. Anthony Joseph Radecker
   c/o Rip Andrews and Jane Mauzy
   MARSH | RICKARD | BRYAN
   800 Shades Creek Parkway, Suite 600-D
   Birmingham, AL 35209
   T: (205) 879-1981

Ms. Evans and Mr. Radecker were the foster parents of P.B. at the time of her death. They have knowledge of P.B.'s birth and development, the subject incident, and Defendants' negligence. Ms. Evans and Mr. Radecker may be contacted through Plaintiffs' counsel.

6. Heather Shelton
   c/o Rip Andrews and Jane Mauzy
   MARSH | RICKARD | BRYAN
   800 Shades Creek Parkway, Suite 600-D
   Birmingham, AL 35209
   T: (205) 879-1981

Ms. Shelton purchased the Fisher-Price Rock 'n Play Sleeper ("Rock 'n Play Sleeper") involved in the subject incident ("subject Sleeper"). She has knowledge regarding the subject Sleeper, its purchase from Defendant Dirt Cheap LLC, the subject incident, and Defendants' negligence. Ms. Shelton may be contacted through Plaintiffs' counsel.

7. Eric Shane Reese
   8925 Scenic Hills Drive
   Pensacola, FL 32514
   (850) 390-6473

8. Jennifer O'Conner Reese
   8925 Scenic Hills Drive
   Pensacola, FL 32514
   (850) 454-7307

Mr. and Mrs. Reese are listed as witnesses on the incident report from the Escambia County Sheriff's Office. They have knowledge of the subject incident.

9. Matt Bevins
   Escambia County Sheriff's Office
   1700 West Leonard Street
   Pensacola, FL 32501

Senior Deputy Bevins was lead investigator of the investigation by the Escambia County Sheriff's Office into the circumstances surrounding the subject incident. He has knowledge regarding said investigation, the subject incident, the investigation performed by D1MEO, and the autopsy performed by Dr. Murphy.

10. Albert Bartok
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

Deputy Bartok was the initial reporting officer regarding the investigation into the subject incident. He has knowledge of the subject incident and the investigation performed by the Escambia County Sheriff's Office.

11. Jeff Cutaio
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

12. Pamela Veltkamp
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

13. Jeff Comans
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

Deputy Cutaio, Sergeant Veltkamp, and Sergeant Comans responded to the scene of the subject incident. They have knowledge of the subject incident and the investigation performed by the Escambia County Sheriff's Office.

14. Kerrie Matheny
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

Officer Methany was a crime scene technician regarding the investigation into the subject incident. She has knowledge of the subject incident, the investigations performed by the Escambia County Sheriff's Office and D1MEO, and the autopsy performed by Dr. Murphy.

15. Christoph Wilkinson
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

16. Eric Haines
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

Officer Wilkinson and Lieutenant Haines have knowledge of the subject incident and the investigation performed by the Escambia County Sheriff's Office, particularly the cell phone digital forensic work performed in connection with said investigation.

17. David Ingram
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

18. Lacey Oden
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

Colonel Ingram and Office Oden have knowledge of the subject incident and the investigation performed by the Escambia County Sheriff's Office.

19. David Bashore
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

20. Bernice Andre
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

Deputy Bashore and Deputy Andre have knowledge of the subject incident and the investigations performed by the Escambia County Sheriff's Office and

D1MEO, particularly the autopsy performed by Dr. Murphy.

21. Employees and Custodian of Records
    Escambia County Sheriff's Office
    1700 West Leonard Street
    Pensacola, FL 32501

Employees of the Escambia County Sheriff's Office may have knowledge of the subject incident and the investigation performed by the Escambia Sheriff's Office.

22. Ami Murphy, D.O.
    District One Medical Examiner's Office
    5151 North 9th Avenue
    Pensacola, FL 32504

Dr. Murphy was the medical examiner who performed the autopsy of P.B. at the Ascension Sacred Heart Morgue and certified P.B.'s death certificate. She has knowledge regarding the investigation of the subject incident, her autopsy findings, P.B.'s cause of death, and Defendants' negligence. It is Plaintiffs' understanding that Dr. Murphy is no longer with the District One Medical Examiner's Office ("D1MEO") of Florida. Her current address is unknown at this time.

23. Krystal Hickey
    District One Medical Examiner's Office
    5151 North 9th Avenue
    Pensacola, FL 32504

Ms. Hickey was a forensic investigator/medical examiner with D1MEO. She responded to the scene of the subject incident and has knowledge of the subject incident and the investigations performed by the Escambia County Sheriff's Office

and D1MEO. It is Plaintiffs' understanding that Ms. Hickey is no longer with D1MEO. Her current address is unknown at this time.

24. Chrissy Nieten
    District One Medical Examiner's Office
    5151 North 9th Avenue
    Pensacola, FL 32504

Ms. Nieten is an investigator with D1MEO. She has knowledge of the subject incident and the investigations performed by the Escambia County Sheriff's Office and D1MEO.

25. Donald Bell
    District One Medical Examiner's Office
    5151 North 9th Avenue
    Pensacola, FL 32504

26. Nick Washburn
    District One Medical Examiner's Office
    5151 North 9th Avenue
    Pensacola, FL 32504

Mr. Bell and Mr. Washburn were forensic specialists with D1MEO. They have knowledge of the subject incident and the investigations performed by the Escambia County Sheriff's Office and D1MEO, particularly the autopsy performed by Dr. Murphy.

27. Vonche Jackson
    Florida Department of Children and Families
    2415 North Monroe Street, Suite 400
    Tallahassee, FL 32303

Mr. Jackson was a social worker with Families First Network. He has knowledge of the subject incident and the investigation performed by the Escambia County Sheriff's Office and Florida Department of Children and Families.

28. Elana Dodge
    Florida Department of Children and Families
    2415 North Monroe Street, Suite 400
    Tallahassee, FL 32303

Ms. Dodge was a Child Protective Investigator for the Florida Department of Children and Families. She has knowledge of the subject incident and the investigations performed by the Escambia County Sheriff's Office and Florida Department of Children and Families.

29. Employees and Custodian of Records
    Florida Department of Children and Families
    2415 North Monroe Street, Suite 400
    Tallahassee, FL 32303

Employees of the Florida Department of Children and Families may have knowledge of the subject incident and the investigation performed by the Florida Department of Children and Families.

30. Corporate Representatives of the Fisher-Price Defendants
    c/o Bardia Sanjabi, Brandon Cox, and Lori Cohen
    GREENBERG TRAURIG, LLP
    The Terminus
    3333 Piedmont Road NE, Suite 2500
    Atlanta, GA 30305
    T: (678) 553-2100

The Fisher-Price Defendants[1] are believed to have knowledge and information about the design, manufacture, marketing, inspection, distribution, and sale of all Rock 'n Play Sleepers, including the subject Sleeper. The Fisher-Price Defendants are also believed to have knowledge and information about the defective nature of the product; the fact that the product was unsuitable for infant sleep, dangerous, and deadly; the Consumer Product Safety Commission's mandatory recall of the product; and the repeated efforts to recall the product and warn the public of the product's danger.

31. Corporate Representative of Defendant Dirt Cheap LLC
    c/o Jeremy Harris and Adam Wicker
    LYDECKER
    2300 Glades Road, Suite 340w
    Boca Raton, FL 33431
    T: (561) 655-6661

Defendant Dirt Cheap, LLC is believed to have information regarding the acquisition and sale of the subject Sleeper by the Dirt Cheap retail store located at 8102 North Davis Highway, Pensacola, FL 32514.

32. Plaintiffs' expert witnesses to be disclosed no later than August 2, 2024.

33. Any other law enforcement and/or medical officials or personnel involved in the investigation of the subject incident.

34. Any individuals, including emergency personnel and medical providers, who treated P.B. in response to the subject incident.

---

[1] As used herein, the phrase "Fisher-Price Defendants" refers to Defendants Fisher-Price, Inc. and Mattel, Inc.

35. Any individuals, including fact and expert witnesses, identified in the Fisher-Price Defendants' initial disclosures.

36. Any individuals, including fact and expert witnesses, identified in Defendant Dirt Cheap LLC's initial disclosures.

37. Any individuals identified by the Fisher-Price Defendants during discovery, in documents produced by the Fisher-Price Defendants, or during deposition.

38. Any individuals identified by Defendant Dirt Cheap LLC during discovery, in documents produced by Defendant Dirt Cheap LLC, or during deposition.

39. The Fisher-Price Defendants' expert witnesses to be disclosed on October 4, 2024.

40. Defendant Dirt Cheap LLC's expert witnesses to be disclosed on October 4, 2024.

The names listed above should not be construed as an admission that any or all of the facts known to each individual listed are legally relevant or admissible.

Plaintiffs reserve the right to supplement and/or amend this list during or at the close of discovery in this action, and to elicit testimony or evidence from any witness timely and/or properly disclosed or deposed by any party to this litigation.

Plaintiffs reserve the right to call witnesses not listed in these initial disclosures or in Court-ordered witness lists, to the extent those witnesses will be called solely for impeachment purposes.

At trial, Plaintiffs reserve the right to call in person or by deposition any person who has been deposed or cross-noticed for deposition, any person who has

been listed by any other party as an expert or fact witness, and any other person identified in documents offered by any other party.

Plaintiffs reserve the right to call any appropriate rebuttal witnesses regarding fact or expert witnesses designated by any other party.

**B.     Rule 26(a)(1)(A)(ii) Documents, Data and Tangible Things in Plaintiff's Possession.**

Plaintiffs are in possession, custody or control of the following documents or tangible things which, in their opinion, contain discoverable information not protected from disclosure by the attorney-client privilege or work product doctrine. Plaintiffs may use the following information to support their claims:

1. Any and all reports, documents, photographs, or videos prepared by the Escambia County Sheriff's Office regarding its investigation of the subject incident;

2. Any and all reports, documents, photographs, or videos prepared by D1MEO regarding P.B. or the subject incident, including but not limited to the autopsy report, laboratory reports, investigation reports, and/or toxicology reports;

3. Affidavit of Heather Shelton;

4. The subject Rock 'n Play Sleeper;

5. Other physical evidence received from the Escambia County Sheriff's Office;

6. Photos of the subject Sleeper and other physical evidence taken during the inspection on June 23, 2023;

7. An exemplar Rock 'n Play Sleeper;

8. Any documents, records, photographs, videos, or tangible things produced by the Fisher-Price Defendants;

9. Any documents, records, photographs, videos, or tangible things produced by Defendant Dirt Cheap LLC; and

10. Any other documents, records, photographs, videos, or tangible things produced during the discovery of this case.

Plaintiffs reserve the right to supplement this list of documents and tangible things as discovery progresses and more information becomes available, or to the extent necessary to meet or rebut any disputes of fact not presently known to them or that arise in the future.

**C.  Rule 26(a)(1)(A)(iii) Computation of Damages.**

The following is an itemization of damages claimed by Plaintiff:

1. <u>Lost future support and services</u>: An exact computation of these damages has not been compiled and may be the subject of expert testimony, which has not been obtained. Plaintiffs' counsel will supplement these disclosures accordingly once said information is obtained.

2. <u>Mental pain and suffering</u>: Amount to be determined by the jury.

3. <u>Funeral expenses</u>: An exact computation of these damages has not been compiled. Plaintiffs' counsel will supplement these disclosures accordingly once said information is obtained.

4. <u>Punitive damages</u>: Amount to be determined by the jury.

5. Any other damages recoverable under Fla. Stat. § 768.21.

Plaintiffs reserve the right to supplement these damages as discovery progresses and more information becomes available, and in accordance with the Court's orders and the Federal Rules of Civil Procedure.

**D.    Rule 26(a)(1)(A)(iv) Insurance.**

Plaintiffs are unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in this action.

Plaintiffs reserve the right to supplement these disclosures pending further investigation of this case. By making these disclosures, Plaintiffs are not waiving any attorney-client privilege, work product protection, or any other applicable privilege, or the right to assert additional claims in this litigation.

Respectfully submitted,

*/s/ Jane F. Mauzy*
Rip Andrews | ripandrews@mrblaw.com
Richard J. Riley | rriley@mrblaw.com
Jane F. Mauzy | jmauzy@mrblaw.com
MARSH | RICKARD | BRYAN
800 Shades Creek Parkway, Suite 600-D
Birmingham, AL 35209
T: (205) 879-1981 | F: (205) 879-1986
-and-
Eric Stevenson | eric@stevensonklotz.com
Chris Klotz | chris@stevensonklotz.com
STEVENSON KLOTZ LLP
510 East Zaragoza Street
T: (850) 444-0000

***Counsel for Plaintiffs Gary B. Leuchtman, Jessica Douglas, William Browder, and P.B.***

# CERTIFICATE OF SERVICE

I hereby certify that, on August 18, 2023, I served a copy of the foregoing on all counsel of record in this matter by way of U.S. Mail and/or electronic mail:

*Counsel for Defendants Fisher-Price, Inc. and Mattel, Inc.*

Bardia Sanjabi | sanjabib@gtlaw.com
Brandon D. Cox | coxb@gtlaw.com
Lori G. Cohen | cohenl@gtlaw.com
GREENBERG TRAURIG, LLP
The Terminus
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
T: (678) 553-2100 | F: (678) 553-2212
-and-
Alexandra Bach Lagos | alexandra.lagos@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, 44th Floor
Miami, FL 33131
T: (305) 579-0500 | F: (305) 579-0717

*Counsel for Defendant Dirt Cheap LLC*

Jeremy W. Harris | jharris@lydecker.com
Adam J. Wicker | ajw@lydecker.com
LYDECKER
2300 Glades Road, Suite 340w
Boca Raton, FL 33431
T: (561) 655-6661
-and-
Mark A. Hendricks | mah@lydecker.com
LYDECKER
1221 Brickwell Avenue, 19th Floor
Miami, FL 33131
T: (305) 416-3180

                                                    */s/ Jane F. Mauzy*
                                                    OF COUNSEL